```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :    ORDER
UNITED STATES OF AMERICA
                                 :    10 Cr. 1082 (TPG)
            -v.-
                                 :
ALI REZA KANUGA,
    a/k/a "AK,"                  :
    a/k/a "AK Kan,"
UJVAL JETHWA,                    :
    a/k/a "Vipul Jethwa,"
    a/k/a "Vips,"                :
MICHAELA JO BERNEY,
    a/k/a "Michaela Bennett,"    :
ASIF KHAN,
    a/k/a "DirtySouth,"          :
    a/k/a "Dirty," and
MOHAMMAD SHABAZ KHAWAR,          :

                                 :
            Defendants.
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/19/13

Upon the application of the defendants, by and through their assigned counsel, and with the consent of the Government, by and through Negar Tekeei, Assistant United States Attorney, it is hereby ORDERED that the next pretrial conference in this case is continued from August 22, 2013, to September 25, 2013, at 4:30 PM.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel to be present, permit the defendants and their counsel to review the discovery material and determine whether the defendants wish to make motions, and will permit the parties

1

to engage in plea discussions. Accordingly, it is further

ORDERED that the time between August 22, 2013, and September 25, 2013, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

SO ORDERED.

Dated: New York, New York
August 19, 2013

_____
HON. THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE